UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-01172 (A) DDP                              Dated: November 24, 2009

===================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Kevin Lally |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Javier Villalobos
Spanish Interpreter

===================================================================
U.S.A. vs (Dfts listed below)                 Attorneys for Defendants

16)   EDI GERARDO PINEDA RIVAS              16)   Jeff Price
       present in custody                          present appointed

_____

PROCEEDINGS:   MOTION FOR BILL OF PARTICULARS (FILED ON 10-05-09)


Court hears oral argument and DENIES the motion.


                                                          00  :  22
                                    Initials of Deputy Clerk    JAC

CR-11 (09/98)                   **CRIMINAL MINUTES - GENERAL**                   Page 1 of 1